UNITED STATES DISTRICT COURT  CIV 5783
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| | Plaintiff, |
| RATES TECHNOLOGY INC. | |
| -v- | Case No. _____ |
| NETGEAR, INC. | Rule 7.1 Statement |
| | Defendant |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

RATES TECHNOLOGY INC. _____    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:**    June 26, 2008 _____

_____
**Signature of Attorney**

**Attorney Bar Code:**  RE8941 _____