UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

RATES TECHNOLOGY INC.

    Plaintiff,

CASE NO. 1:08-cv-05783-WHP

v.

NETGEAR, INC.

    Defendant.

------------------------------------------------X

## NOTICE OF DISMISSAL

Plaintiff, Rates Technology Inc., by its undersigned attorneys and pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), hereby gives notice of the dismissal of the above-captioned action, without prejudice, with each party to bear its own attorney's fees, costs and expenses.

DATED: August 3, 2008

EPSTEIN DRANGEL BAZERMAN & JAMES, LLP

By: _____
Robert L. Epstein, Esq. (RE 8941)
60 East 42nd Street, Suite 820
New York, New York 10165
Tel. No.: (212) 292 5390
Fax. No.: (212) 292-5391

Attorneys for Plaintiff Rates Technology Inc.